**Entered on Docket
January 27, 2005
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

**Signed: January 26, 2005**

```
_____
```
**LESLIE TCHAIKOVSKY
U.S. Bankruptcy Judge**
```
_____
```


JOHN H. FARICY, JR.
(Admitted *Pro Hac Vice*)
FARICY & ROEN, P.A.
Metropolitan Centre
333 South Seventh Street
Suite 2320
Minneapolis, MN 55402
Telephone: (612) 371-4400
Facsimile: (612) 338-3272

Special Counsel for Debtors
MAC ARTHUR COMPANY
and WESTERN
MAC ARTHUR COMPANY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| *In re*: <br><br> WESTERN ASBESTOS COMPANY; WESTERN MAC ARTHUR COMPANY; and MAC ARTHUR COMPANY, <br><br> Debtors. | Case No.: Nos. 02-46284T to 02-46286T <br><br> (Jointly Administered Under Case No. 02-46284T) <br><br> Chapter 11 <br><br> **ORDER ON FINAL HOURLY FEE APPLICATION OF FARICY & ROEN, P.A.** <br><br> *Hearing* <br> Date: **December 1, 2004** <br> Time: **10:00 a.m.** <br> Place: **1300 Clay Street** <br> **Oakland, California** <br> **Courtroom 201** |

The Final Hourly Fee Application of Faricy & Roen, P.A. (the "Application") was filed herein on September 17, 2004.

On November 29, 2004, the Western Asbestos Settlement Trust (the "Trust") filed with the Court its Status Report, advising the Court that it supports the Application.

The Application came on for hearing on December 1, 2004, at 10:00 a.m., by stipulation of Faricy & Roen, P.A., the Trust, and other parties. John H. Faricy, Jr. appeared by telephone

for Faricy & Roen, P.A.; Janet L. Chubb appeared for the Trust; and other appearances were noted on the record. At the request of the Court on December 1, 2004, John H. Faricy, Jr. filed a Rule 2016 Statement and Supplemental Declaration on December 16, 2004.

Good cause existing for granting the Application,

IT IS ORDERED that the Application be and hereby is GRANTED,

IT IS FURTHER ORDERED that final approval is hereby given to fees in the amount of $1,728,096.06 and expenses in the amount of $121,614.15, for a total of $1,849,710.21, paid to Faricy & Roen, P.A. in connection with these Chapter 11 cases.

**\*\*END OF ORDER\*\***

ORDER ON FINAL HOURLY FEE APPLICATION OF FARICY & ROEN, P.A.

Case: 02-46284    Doc# 1569    Filed: 01/26/05    Entered: 01/27/05 14:09:25    Page 2 of 3

# COURT SERVICE LIST

Counsel for the Trust
Jones Vargas
Attn: Janet L. Chubb, Esq.
100 West Liberty Street, 12th Floor
P. O. Box 281
Reno, NV 89504-0281

Reorganization Counsel for the Reorganized Debtors
Stutman, Treister & Glatt
Attn: Alan Pedlar, Esq.
1901 Avenue of the Stars, Suite 1200
Los Angeles, CA 90067

Western MacArthur Co. and MacArthur Co.
Western MacArthur Co. and MacArthur Co.
Attn: Clyde Rhodes, Jr.
2400 Wycliff Street
St. Paul, MN 55114-1220

Counsel for the Futures Representative
Fergus, a Law Firm
Attn: Gary Fergus, Esq.
595 Market Street, Suite 2430
San Francisco, CA 94105

Counsel for the Committee and the Trust Advisory Committee
Sheppard, Mullin, Richter & Hampton LLP
Attn: Michael H. Ahrens, Esq.
Four Embarcadero Center, Suite 1700
San Francisco, CA 94111

Office of the United States Trustee
Office of the United States Trustee
Attn: Maggie Magee, Esq.
1301 Clay Street, Suite 690N
Oakland, CA 94612

Special Counsel for Debtors
Mac Arthur Company and Western MacArthur Company
Faricy & Roen, P.A.
Attn: John H. Faricy, Jr.
Metropolitan Centre
333 South Seventh St., Suite 2320
Minneapolis, MN 55402

Special Counsel for the Debtors
Mac Arthur Company and Western MacArthur Company
Orrick, Herrington & Sutcliffe LLP
Attn: Frederick D. Holden, Jr.
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669